EXHIBIT B
6-11-08 Letter



**ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO**
6250 N. River Road, Suite 4020, Rosemont, IL 60018

PHONE 847·292·7170  FAX 847·292·7180  website:www.unitedafa.org

June 11, 2008

VIA CERTIFIED MAIL NO: 7007 2680 0001 1886 3722
RETURN RECEIPT REQUESTED
& US Mail

Patricia Nosie
P.O. Box 1635
Kapa'a, HI 96746

Re: 27-56-01-60-07          Grievant: Patricia Nosie
                            Employee Number: 34595

Dear Ms. Nosie:

I am writing in regards to your grievance. Your case was heard at System Board on April 29, 2008. After reviewing the facts and circumstances of the case, the members of the System Board were deadlocked on a decision. This means that your case was not resolved and can be taken to arbitration.

After the completion of System Board, the MEC Grievance Chair, the System Board Member and I reviewed your case and have decided that the Union will not be taking your case to arbitration. Based on the evidence in the case, we did not believe that we would prevail at arbitration.

However, the grievance has not been withdrawn and you may proceed to arbitration if you so choose. You will be responsible for retaining your own legal counsel and bearing the costs associated with the arbitration. If you decide to take your case to arbitration, please contact Rodena Turner-Bojorquez at Mesa Airlines to make arrangements.

If you have questions or concerns, do not hesitate to contact me.

Sincerely,

Mark C. Stotik, Esquire – Staff Attorney
Association of Flight Attendants – CWA, AFL-CIO

MS:dl

[Handwritten notes:]
• also on 8-4-08 I left (+ recorded + notified AFA vmail I was recording) my request for a copy of the notes from the 4-29-08 System Board mtg + for this + the previous message I left I requested a call back about what steps I need to take to accomplish my requests.

• 8-4-08 = I called Rodena + requested a transcript of the April 29, 2008 meeting, but she said (+ she agreed to this recording of our conversation) that there is no transcript and that no notes are available to me, however, she will mail the deadlocked decision to me (+ I gave her my current mailing address).

• also on 8-4-08, I recorded the voicemail I left AFA vmail knew requesting an appeal to the AFA decision not to arbitrate for me.

INFLIGHT SAFETY PROFESSIONALS

ITF◯ INTERNATIONAL TRANSPORT WORKERS FEDERATION



EXHIBIT B
8-6-08 Letter



**ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO**
6250 N. River Road, Suite 4020, Rosemont, IL 60018

PHONE 847•292•7170   FAX 847•292•7180   website:www.unitedafa.org

August 6, 2008

Patricia Noise
P.O. Box 3811
Lihu'e, HI 96766

      Re:    AFA Case No. 27-56-01-60-07: Patricia Nosie Termination

Dear Ms. Nosie:

I am writing to follow up on the phone messages you left at the Association of Flight Attendants – CWA (AFA) office in Chicago on August 5, 2008.

It is my understanding that you requested information about how to appeal the decision not to take your case to arbitration. There is no appeal process for such a decision, and the decision was made in accordance with standard AFA practice in reviewing cases prior to arbitration.

However, as was stated in the letter of June 11, 2008 (a copy which is attached) you may take the case to arbitration if you so choose. Again, if you decide to do so, you will bear all the cost and in order to proceed you must contact Rodena Turner-Bojorquez at Mesa Airlines.

If you have any question or concerns, do not hesitate to contact me.

Sincerely,

Mark C. Stotik (N.L.)
Mark C. Stotik
Staff Attorney

cc:    AFA Legal
       MEC Grievance Chairperson
       File

**VIA CERTIFIELD MAIL NO: 7007 2680 0001 1886 4484**
**RETURN RECEIPT REQUESTED**

INFLIGHT SAFETY PROFESSIONALS

ITF❶ INTERNATIONAL TRANSPORT WORKERS FEDERATION