**EXHIBIT C –
Verbal Warning**

  

## Employee Corrective Action Form          Date: 7/23/07

FA'S Name: Nosie, Patricia    Employee #: 34959    Domicile: LIH    Date of Hire: 1/5/07

I am giving you this (see checked) in accordance with our conversation ☐meeting ☐telephone ☒ e-mailed in which I advised you that you have performed in a manner that is contrary to Mesa Air Group's policy or general practices. This corrective action is effective for one year from the above date.

☐ *Extension of Probation until_____*    X-*Verbal*    *Written*    *Letter of Termination*
                                    Effective until 7/23/08

Classroom instruction and FAM page_____

**Violation(s)**

X - Occurrences (UFW, UOR, SIC, TRD, NSW, UTC, etc)
☐ General Inefficiency (Performance)
☐ Discourteous to Passengers                        Current Number of Occurrences-4
☐ Violation of Federal, State or Local Rules
☐ Other (please specify)
Summary of Corrective Action: This is verbal warning for 3 occurrences effective for one year from the above date. Any further occurrences will result in a written warning.

                                    Number of Warnings-1

Comments: (List dates of Occurrences) nsw 5/3/07 trd 3/19/07, 4/29/07 ufw 7/22/07
_____

Please understand that this warning is intended for your benefit and understand that it is given in order that you may have an opportunity to correct the violation(s). Further violations may result in disciplinary action or termination.

Supervisors Signature: _____    Date: _____

Signing this notice or opening this e mail does not indicate agreement with its contents, only that you have been notified of its existence.

Flight Attendants Signature: _____    Date: _____

11/07/2007 13:26 FAX  ☒006

*EXHIBIT C*
*Written Warning*

kwiktag® 013 973 454

  

## Employee Corrective Action Form       Date: 8/1/07

FA'S Name: Nosie, Patricia   Employee #: 34959   Domicile: LIH   Date of Hire: 1/5/07

I am giving you this (see checked box) in accordance with our conversation ☐meeting ☐telephone ☐e-mailed in which I advised you that you have performed in a manner that is contrary to Mesa Air Group's policy or general practices. This corrective action is effective for one year from the above date.

☐ Extension of Probation until _____   verbal   **X**- written   letter of termination
                                                  Effective until 8/1/08

Classroom instruction and <u>FAM page 2.16 - C1,2,3</u>

<u>Violation(s)</u>

☐ Occurrences (UFW, UOR, SIC, TRD, NSW, UTC, etc)
☐ General Inefficiency (Performance)
☐ Discourteous to Passengers                       Current Number of Occurrences-4
☐ Violation of Federal, State or Local Rules
☐ Other (please specify)

Summary of Corrective Action: This is written warning for non compliance to uniform standards effective for one year from the above date. Any further occurrences or infractions will result in an ACTIVE LETTER OF TERMINATION.

Number of Warnings-1

Comments: (List dates of Occurrences) nsw 5/3/07 trd 3/19/07, 4/29/07 ufw 7/22/07

Please understand that this warning is intended for your benefit and understand that it is given in order that you may have an opportunity to correct the violation(s). Further violations may result in disciplinary action or termination.

Supervisors Signature: _____   Date: _____

Signing this notice or opening this e mail does not indicate agreement with its contents, only that you have been notified of its existence.

Flight Attendants Signature: *Patricia Nosie*   Date: 01 Aug 07

11/07/2007 13:26 FAX                                                                                            ☒ 007

EXHIBIT C -
Letter of Termination

  

## Employee Corrective Action Form        Date: 8/13/07

FA'S Name: Nosie, Patricia   Employee #: 34959   Domicile: LIH   Date of Hire: 1/5/07

I am giving you this (see checked box) in accordance with our conversation ☐meeting ☐telephone ☐e-mailed in which I advised you that you have performed in a manner that is contrary to Mesa Air Group's policy or general practices. This corrective action is effective for one year from the above date.

☐ *Extension of Probation until*_____   verbal      written      X- *letter of termination*
                                                                  Effective until 8/13/08

Classroom instruction and FAM page 2.63 - 14

**Violation(s)**

X Occurrences (UFW, UOR, SIC, TRD, NSW, UTC, etc)
☐ General Inefficiency (Performance)
☐ Discourteous to Passengers                                Current Number of Occurrences- 4
☐ Violation of Federal, State or Local Rules
☐ Other (please specify)
Summary of Corrective Action: This is ACTIVE LETTER OF TERMINATION effective for one year from the above date. Any further occurrences or infractions will result in immediate termination.
                                                                  Number of Warnings- 3

Comments: (List dates of Occurrences) nsw 5/3/07 trd 3/19/07, 4/29/07 ufw 7/22-24/07 (lost badge) trd 8/2/07, 8/3/07, 8/4/07, 8/12/07, 8/13/07

Please understand that this warning is intended for your benefit and understand that it is given in order that you may have an opportunity to correct the violation(s). Further violations may result in disciplinary action or termination.

Supervisors Signature:   *Linda Brown*      Date: 8/13/07

Signing this notice or opening this e mail does not indicate agreement with its contents, only that you have been notified of its existence.

Flight Attendants Signature: *Patricia Nosie*   Date: 15 Aug 07