11/07/2007 13:26 FAX  ☒009

EXHIBIT D - Pilot Stevens Letter

10/23/07

Hey all,

Patricia Moise once again has over-stepped her bounds. Last night, 10/22/07 she helped us board flight 1029 HNL-LIH. We were inbound, and had a/plane swap... She has done this before and continues to do it. She wrote MX a note which was non-descriptive, regarding some panelling coming off in the cabin. None of this was relayed to any of the flightdeck crew, and left mx confused as they could be.

Thanks,

Please help us stop this. F.A.'s should never do their own write-ups, or delay boarding without telling anyone.

Sincerely, Andy Stevens
OGG F.O.
858-229-0928

11/07/2007 13:26 FAX                                                                    ☒008

EXHIBIT D - Pilot Holmberg Letter

To: Banda, Liza-Marie
Cc: Lauritsen, Charles
Subject: Patricia

October 23, 2007

To Whom It May Concern:

This is a formal complaint about flight attendant Patricia Nosie. To start off, I along with each and every flight crewmember in Lihue has witnessed her showing up late for work on multiple occasions, which amount to almost every day I have worked with her. It has gotten so bad that I have personally talked with her and informed her that her being late causes us delays in boarding and delays the flight. Her preflight inspection is very disorganized and takes at least 10 minutes longer than any other flight attendant I have ever flown with. This causes delays on a regular basis, whenever we start a trip or swap aircraft throughout the day. During Patricia's pre-flight she closes the curtain on the passengers and makes them wait to board until she has finished. Not that she is doing her job wrong, but she needs to find a better and quicker way to do things. Every day I fly with Patricia she writes a long note and gives it to the captain with things that are wrong with the airplane, that she wants fixed. More recently she has taken this above the captain and contacts Maintenance directly without the captain's approval. This has been known to cause unnecessary delays for Non-Airworthiness items. I have at least three other captains who have flown with myself and Patricia who will back me up and prove that she has no-call/no-showed her shift at least 5 times since being based in Lihue. Each and every time we have re-crewed the aircraft with either the inbound flight attendant or another flight attendant in domicile. Above and beyond all of these complaints Patricia is just unsafe. She has nearly caused a potential aborted take-off due to her incompetence and ringing the flight deck on the take-off roll, when she meant to push her PA to make an announcement on the take-off roll. We have informed her that making an announcement on take-off is not safe and can make the passengers very nervous during a stressful phase of flight. We always seem to be waiting on Patricia when she is called to be seated for take-off. I have aborted many take-off clearances from the Control Tower, because she is not ready. This is not a problem with any other flight attendant I have flown with in the Hawaii system. The final thing that was biggest potential violation was the day she did not do her demo prior to takeoff, and did not inform us, but actually did her before take-off demo in the air. When confronted by our captain why she did that, she informed us that she was too busy putting bags in the overhead while we were taxiing out. As far as I know that should have been done prior to closing the main cabin door, and the demo has to be completed prior to take-off. I would like to add that I like Patricia as a person, she is very nice and for the most part, the passengers love her, but she is unsafe and I don't believe she should pursue a career in being a flight attendant. I along with every crew member in Lihue dread working with her.

Sincerely,

Jessy Holmberg
LIH FO