EXHIBIT E-1

Attachment GS/1



Print - Close Window

| | |
|---|---|
| Date: | Fri, 26 Oct 2007 14:41:24 -0700 (PDT) |
| From: | "Patricia Nosie" <happyfeet4us@yahoo.com> |
| Subject: | FA Status |
| To: | jamie.mcclay@mesaafa.org |

Aloha Jamie,

Thank you sooooooo much for calling me this morning. Below is my Mesa/go! history as I've experienced it:

1) My flight school instructor said no one gets Hawaii right out of ground school, so after speaking with my husband, we decided I would list all five islands (Hilo hub was open then) as my first choices, then came Phoenix and etc. We figured to have time to get moving funds together for that awesome time we'd make that move to the islands.

2) When I heard I was awarded "KOA" -- I was immediately both elated and terrified -- how will I make it out there?! Mesa could only advance me $200 on my first paycheck, and then two weeks later I was advanced $300. And that was it. So I put myself in my Creator's Hands and proceeded to live a dream of an opportunity. I would turn 50 in July '07 and was thrilled for such excitement at my age.

3) I graduated ground school on January 5, 2007 (although my crew badge reflects a January 1, 2007 hire date).

4) I passed my IOE and Checkride and on or around January 15, 2007, this new FA with all of about 3 flights work-training under her belt, moved to Kona, Hawaii.

5) I was allowed to watch a couple of Billie's flights, and then I was on my own. I worked 4 days that first week I was in Kona, and one aircraft had an hydraulic malfunction and we had to return to the airport. (Kudos to my flight instructors because they spent several hours discussing and showing videos of the dangers that can happen in-flight. One video showed real flight attendants who had survived a crash-landing, and I felt so inspired to be a strong FA with pax safety always foremost on my mind.) Back to that flight, I felt it had been too long without hearing my chimes & I also felt the turn the plane was making so I called the flight deck and my FO said that since I was so new, she didn't want to upset me with the news. I told her I could handle it and she gave me TEST info and made her announcement of the situation to our pax. All eyes were on me as her words came over the PA, and I would smile and nod at them and no one became overly anxious. We made it back to the airport just fine and then we spent a long time on the ground as the plane was checked out. My captain okayed serving complimentary beverages to everyone, and when we had to deplane, everyone was fine. They left the aircraft making comments like "better to be safe...," and "you made me feel all right...." I wrote to my instructors about it but never heard back from them. I was disappointed about that and I felt very alone out here, but mostly I was proud of myself that I wanted to be there for the passengers' safety.

6) I began my Reserve life of waking up at 4:00am every reserve-duty day to call CrewTrac to check-in (and this lasted for 6 months until I finally got my own Line!)

7) My work-trade life at the hostel in Kona worked great around any time I would be assigned to fly. My on-time in Kona was awesome.

8) Not too long after arriving in Kona, I was displaced to Lihu'e, which turns out to be my dream island!! Anyway, I was given $200.00 for moving, but it didn't come until way after my move because I had a hard time getting online or to a fax to get the paperwork filled out and returned.

9) My work-trade life at the Kapa'a hostel was more structured than in Kona...I HAD to finish certain chores before I left for flight duty, and there were times I couldn't leave as early as I needed to to get past heavy traffic areas, and I caused problems for the other FA/Pilots. I was always so sorry and I felt awful. (looking back, maybe I should've resigned under these circumstances, but i wanted so much to succeed as an FA!)

10) Then I noticed the FAs and Pilots were getting upset up at me for not having the plane cleaned after my

AM shift (this from the FAs...I had no kind of flow when I was a new FA...and each time I flew it was like starting over to learn to get a flow-of-flight)...and the pilots were upset that they would have to cancel take-offs due to my telling them the main announcement was still going, or I was still getting passengers carry-ons organized. I even had an FO tell me months later that he was sorry for how he acted toward me but that he didn't like flying with me because I was so slow...I told him I was new and that I didn't have a flow -- but he said for me to keep up the great work because I had improved tremendously!!)

I believe it was at this time that things went down-hill for me: I was so upset for causing problems that I called crewtrac'ing one time after my captain had told me I had caused the plane to take-off late -- and I had worked extra fast that morning & kept good track of take-off time and I was so confused...anyway, crewtrac told me the plane had left on-time, but I was crying and so upset that she transferred me to Linda...and I must have come across as nothing but a cry-baby, but all I wanted was for some kind of email to go out to everyone that I'm a new flight attendant with a heavy flying schedule to learn all-at-once!! Ever since that call, Linda began sending me occurance emails, which totally threw my mind into a tailspin along with everything I was involved with learning in order to be an effective FA for my crew and our passengers.

11) Of all the occurances Linda sent to me -- many were combined in one letter and I ended up with only two (or was it three?), which CD was supposed to meet with me about, but he only jumped on my planes in between flights and had me sign the forms and then he left...I felt doubly lost...was he not saying anything because I was as good as fired or what? I had just gotten off my 6-month probation and just been given my own line (so finally I was getting to fly a lot and just beginning to get a flow going)...but my mind was so saddened by all the harshness toward me with no considering the whys of trying to make it in Hawaii with work-trade for my living space at the hostel, and when I asked Linda if I could go back to being on reserve and to let the then new reservist have the Line, she said no. I felt lost again...why wouldn't anybody help me? I always gave great pax service -- some passengers even wrote to go! about me! (I was forwarded one email, but Liza had told me about others that she would forward to me, but she never did...that would have helped my hurt ego a lot). One of the occurance letters Linda sent me looked to the effect that I was back on probation for another year. My heart sank so low. All I wanted to do was be an effective FA....

12) Soon after I made that "woe-is-me" call to crewtrac, I lost my crew badge and Linda came down on me hard for that. I wondered to myself: am I the only FA to commit this crime? I flet bad enough feeling the pinch of salary loss from my already low paychecks, I didn't lose it on purpose...I had to wait three days to get back online while Phoenix re-issued me another badge -- and when Linda counted each day of waiting for my badge as a new occurance, I was again devastated. I was in shock. I felt I was losing my FA position and I had no one to talk to. There was another traffic jam I was caught in and I thought that was it for me, but Linda said "if it had been anyone but you"....And I should've asked her what she meant by that statement...but being in my shock, I just kind of took it as a compliment somehow maybe since our passengers liked me....

13) **My responsibility for what has happened**: I apologized to my captains and first officers and to Linda for having put them in the position to take these steps against me because I did cause the problems. So Jamie, if the bottom line comes down to that, then all I can do is now thank you again soooo much for reading about my experiences. I feel better already having reviewed my struggles to stay a go! FA and get a home here in Lihu'e (which we did, by the way...I'm now 4 minutes away from the airport!)...but sadly, I thought I had my flight schedule system worked out with cell phone reminders and copies of it here & there -- but I didn't post it right by my door -- where it is now -- and on that fateful day on October 18th, I thought I had worked my sixth day and I hadn't. when I got that last call from crewtrac and they got Pattie on the phone, I said to her I know my file states I don't have anymore chances...should I just quit now? And she angrily said just get to the airport NOW!! I was so emotionally drained and hurt, but I pulled myself together to complete the last 3 legs of my shift. And as the days went by, I thought I had some kind of reprieve...but all of a sudden yesterday, October 25th, crewtrac calls me and says I have to get over to Honolulu the next day by 9am to meet with C D and that I'm to take all my things with me and that I should be in full uniform. I called crewtrac back for any details (they had none) and I asked to be patched through to Liza, who said she wasn't authorized to tell me anything. I said well this doesn't sound good. I called CD but he didn't answer. I left three voicemails for him finally stating i was feeling sick about things and couldn't make it to the meeting. I tried Chantil but I'm so out of lthe AFA loop, I didn't know I should have called (this is my new email address, but it never got updated with AFA probably because I sent the update during voting time!)...but mostly, Jamie, I didn't think i could call the union because I thought I was back on probation...please set me straight on that one...this all might be a "moot" case!!

Jamie, I'm obviously still very emotional...CD hasn't returned my calls, and neither has Liza from the office message I left this morning. I feel like they didn't like me or want me as a go! FA...but what did I ever do to

them?  Am I to blame for being a new FA in Hawaii?  I thought being awarded HI right out of ground school I'd have help, but I only had those two flights of watching Billie my first week here, and then about 7 months later (around the time I made that "woe-is-me" call to Linda) I got okayed for a "fam" ride with Norma -- which helped immensely, but why so late?

Mahalo again, Jamile for reading all this.  In my sadness, I know there are areas you'll need clarification...please let me know, or let me know if you or Justin (or Dustin?) will even be able to help me.

Aloha from Patricia Nosie, badge #34959
928-200-5621 (cell without texting feature!! sorry!!)

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com