# YAHOO! MAIL Classic

Print - Close Window

**Date:** Tue, 30 Oct 2007 14:44:10 -0700 (PDT)
**From:** "Patricia Nosie" <happyfeet4us@yahoo.com>
**Subject:** Re: FA Status
**To:** jamie.mcclay@mesaafa.org

Aloha Jamie,

I appreciate that you spent so much time helping me this morning. Liza called me right after you and let me know that my new meeting is scheduled for Wednesday morning (October 31) at 10:00am in Honolulu, and they scheduled me on the 8:30am Lihu'e flight out.

Since you set me straight about how our union contract can't fight Mesa for breaks for FA's even when we fly 8 go! flights straight, I'll only email the details of the other issues I brought up:

o I reiterated the occurances Linda put against me (stemming from the loss of my badge around August 13th) which included two times when I was on reserve [once in March and once in May] and was not given my flight schedules but it was reported that I just didn't show up for work...I had asked crewtrac and CD to authorize the tapes to be listened to to verifty that I wasn't given the info, but I never heard anything further. Why wasn't I reprimanded in March & May? It seemed so "out-to-get-me"-ish to include all that after I lost my badge in August, which occurred within days of my call for help to crewtrac behind my frustration of being a new FA with overwhelming obstacles to be effective and having my flight crew get so upset with me...Jamie, again, I'm so sad I didn't get in touch with the union sooner...I was just so alone out here trying to relocate and get better as an FA and somehow feeling guilty for not having a flow so quickly...well, I still feel better finally being in touch with you and doing all that I/we now can to help fight for my job.

o Our duties as FA's grew to include changing out all 7 commissary trays in Honolulu (sometimes on two aircrafts) -- and still pre-flight, and I was still expected to board pax in just minutes after the other pax deplaned. I was not liked sometimes by the pilots and ground crew because I had to stand my ground many times stating to them: "I cannot be an effective FA boarding pax if my back is to them stocking commissary." (and etc.)

o Even without the additional tray swapping duties, with go!'s many aircraft maintenance delays, many times I was told to forego checking the cabin inbetween flights so pax could be boarded asap and time could be made up.

o Many times my CA's and FO's were in such a hurry to take off I was still standing when take off occurred and did not even receive chimes or a call from the flightdeck (one time the plane was full and I just had to hold on, and the other two times there were seats open I was able to occupy). Sometimes supplies were still on the galley floor! The times I told my CA or FO that I was not ready due to I hadn't spoken to the 8th row or I was still helping parents with babies, or baggage was not stowed properly, I was told to just buckleup. One time I even had a bad feeling about a pax's behavior and I was told to sit down. I did receive a call from my CA right after takeoff saying he could return to the airport, but his initial response had already caused me to seriously question my initial feelings so I said not to return. I had no help getting my FA confidence when my sole purpose for being an FA, pax safety, was constantly undermined by everyone so that quick turn-arounds could be accomplished.

o No one ever flew with me for a Hawaii "IOE"-type situation. The pilots finished "training" me about how to get a flow so that all bins were closed before I closed the MCD and that I had to have everything finished when they called to make sure I was buckled in my jumpseat. Since they usually didn't wait for me, I learned to just stop everything and sit down (most of the time cutting off the main recorded announcement and not doing a final cabin check). I was so stressed -- and having directives from CD that each seat pocket had to have the go! magazine in them along with the sick-sack and safety care -- I didn't know who to have "allegiance" with, so I concentrated on making the flights as comfortable for the pax as possible. When I would have to cut off the main announcement & abruptly stop my safety demos, I would finish the announcement as soon as the plane left the ground over the PA -- until a CA railed on me for the several times I would accidentally hit another button and set off buzzers in the flightdeck. I withered as an FA. I know the flights are short, but I never got a memo from the FAA that any rules for safe air travel could be ignored on short flights in smaller jets. Please set me

Yahoo! Mail - happyfeet4us@yahoo.com    Page 2 of 5

Case 1:10-cv-00062-ACK-LK   Document 31-5   Filed 07/28/10   Page 2 of 2   PageID #: 223

straight if I missed something because I sure got a lot of grief because I tried to be a good FA. I was trained in Phoenix for mainland air travel and did my IOE in the mainland...looking back, I applaud myself for never giving up trying to get the SUPERQUICK turnaround flow for go! without any help! Yes, after I asked for help I got to watch four flight-flows, but it just wasn't the same as someone critiquing me at work struggling to get my flow! (I had to ask to shadow Billie when I first got to Hawaii, and then again I had to ask for help about 7 months later...the strange thing is, Liza was my co-flight school instructor and she didn't take any special interest in me once she ended up in Hawaii, too!)

o  This is from my email the other day, but I would like clarification on whether or not I had the right to request from Linda to get back on reserve and let the new reserve FA have my line in light of my struggles to have a place to live in Kauai...Linda simply said "no"....

Jamie, my mind is buzzing from the memories of everything I went through. I'm going to rest my mind for awhile and I will probably email you again this evening, if anything else comes back to me that I need to share with you. Again, thank you soooo much for helping me see my options and make my decision. I have thought over everything and I do want to fight for my job. I love flying and I enjoy the flight benefits. I'm sure with attention to the quick go! turn-arounds, effective FA pre-boarding procedures can be implemented for safer pax air travel. Mahalo Jamie -- YOU ARE A HEART-SAVER!!

from Patricia Nosie, 928-200-5621

*Jamie Lynn McClay <jamie.mcclay@mesaafa.org>* wrote:

> Patricia,
>
> At any point did you contact Wanda Jones while she was out there?
>
> Also did you ever once tell CD that you would not sign the papers until a union rep was provided to you?
>
> As a probationary FA, you are entitled to a rep no matter what. We just can't help you if you truly did do something that was deemed as "disciplinary" in nature and we couldn't prove otherwise.
>
> You also are not on any extended probation, Patti looked it up for me.
>
> That said, it sounds like the two options being given to you here when the meeting will happen is resignation or termination.
>
> Resignation will look better on your record but you will not be able to grieve it.
>
> Termination will not look as good but we would be able to fight to get your job back. That is not a guarantee but it we could also use the fact that they would make you sign items without allowing reps to be present.
>
> I cannot tell you what decision to make, that is yours, I can only give you the low down and info to make a decision.
>
> Jamie McClay
> 602.421.8559
> LEC President Council 56
> www.mesaafa.com
> www.myspace.com/afa_council_56_fas
>
> ---------- Original Message ---------------------------------
> From: Patricia Nosie
> Date: Fri, 26 Oct 2007 14:41:24 -0700 (PDT)
>
> >Aloha Jamie,
> >
> > Thank you soooooo much for calling me this morning. Below is my Mesa/go! history as I've