Yahoo! Mail - happyfeet4us@yahoo.com
Case 1:10-cv-00062-ACK-LK   Document 31-6   Filed 07/28/10   Page 1 of 4   PageID #: 224
Page 1 of 4
EXHIBIT E-3

Attachment GS/3

**YAHOO! MAIL** Classic

Print - Close Window

Date: Thu, 1 Nov 2007 07:04:24 -0700 (PDT)
From: "Patricia Nosie" <happyfeet4us@yahoo.com>
Subject: More Info
To: "afa jamie" <jamie.mcclay@mesaafa.org>

Aloha Jamie,

As I reviewed my go! experiences the following came to mind and another procedural issue greatly effected my FA duty and that was no help getting my SIDA badging (details below, but I will add that even when I was just a Ticket Verifier at Sky Harbor airport, the company I worked for made all the arrangements for me to get my SIDA!)...bless you for all your help, patience and hard work that you do for me and others! (I have lots of go! paperwork to go through to see what emails I printed...I don't have a printer at home and the libraries close early here, or they're most often all used...not having a crewroom on-island has been rough...anyway, I'll call you when I collect all correspondence I printed to find out where to send them to you.)....

o No badging greatly effected my efficiency to get to the aircraft in a timely manner. AM shift FA's had to get the ice for the aircraft and having to walk to my gate after that and try to get someone's attention to open the door for me to get to the AC took precious time.

Do you recall if Linda's question to me yesterday was was I ever at the airport 45 minutes before takeoff, or did she say was I ever at the aircraft 45 minutes before takeoff?

I never received help from go! Corp. to get my SIDA badge. I spent months trying to contact Lihu'e Airport personnel who handle badging (before Liza got to Hawaii, we had no FA contact in-office to assist us and Maree was never able to help me). I left messages for Lihu'e Operations with no return calls...and when I finally found the right office (again, months into my FA duty on-island), I was told I needed certain paperwork from CD in order to get my Lihu'e badge.

It was difficult to get to Honolulu because I was repeatedly turned down by go! Corp (ultimately crewtrac told me CD was the only one who could approve DHDing me to HNL when I was on Reserve because I was supposed to be on-island available for a work call all the days I was scheduled for reserve from 4am-4pm so I could never get myself to HNL because trying to non-rev over there was difficult on my days off and the office was closed at 5pm and I could never get there after my reserve shifts).

Finally, I got to HNL and received the two letters signed by CD that I needed and I returned to Lihu'e only to find that I needed HNL badging first before Lihu'e would issue a badge to me. I asked Corp. again (I don't recall right now who I spoke with) about DHDing me to HNL to get my SIDA, but I was turned down again and again, thus when I had to turn in my required items yesterday, I told CD and Liza I never got my SIDA badges...no reaction from them.

o Many of those occurances written against me I was at the airport 45 minutes before takeoff, but I either had to get ice, or I was making my way to the gate and trying to get someone's attention to let me outside. I always called crewtrac or if I knew who my CA was I'd call him/her...most of these calls to report me to crewtrac were from CA Joel Grzbeck...(Jamie, so much is coming back to me so bear with me!!)...He was the CA working with me when I had to call crewtrac twice in July: once when I was so upset about the crew and other FAs being upset with me over being "slow," and then again when he had me in tears saying I had caused the flight to leave late, which crewtrac told me it had left ontime or early (I'm not totally remembering her answer but it was good news for me).

At one time Joel felt bad for me when another CA sat with him in the flightdeck and ran down a list of the bad things she noticed when she DHD'ed on my flight and I broke down because that was one of the first flights I felt I had done a really good job on (I was still on reserve then with not much opportunity to fly a lot to get a flow going)...Joel stuck up for me to her saying something like maybe he'll make her cry, too. But after he flew with me more and felt the effects of my newness, he was totally frustrated with not being able to take-off right away! I said I had no idea I was holding them up or how I was responsible for him having to cancel three take-off

Yahoo! Mail - ba000624@yahoo.com    Page 2 of 4

Case 1:10-cv-00062-ACK-LK  Document 31-6  Filed 07/28/10  Page 2 of 4  PageID #: 225

clearances!! Word got around about me I guess, because pilots would just take-off and I either wasn't notified, or they would ignore my requests for more time.

o I was told by flight crew personnel when I got to Kona that in Hawaii, checking in is not as strict as on the mainland and that there is no official checking in to gate agents (United personnel work the go! ticket counters & the last place they go is to the gate so I don't know if that's why we don't have to check in with them but I never checked in with them because I had to get ice, etc.) so getting there 10 or 15 minutes after your show was okay...you just go to the aircraft. Kona airport was so small there was no badging issue there. I never checked in with gate crew when I went to Lihu'e, but I did notice that after I called crewtrac about my problems with pilots & FA's, Joel starting called crewtrac to report me if I wasn't at the aircraft by 14:00 (my show was 13:50). He also wouldn't answer my calls to him when I was trying to let him know I was heading to the gate.

o Yes, I made the decision to accept my award to Hawaii, but knowing we don't have the advantages here as on the mainland, why couldn't "special circumstances" be applied to my situation by the powers that be? **Remember in my other email when I mentioned Linda had said to me "anybody but you" would have been gone? She must have heard of the pax compliments about my flights...why couldn't she have mentioned anything encouraging to me?** I misunderstood Linda's discipline letters to me...remember I kept saying she had counted my badge loss as 3 occurances? So I do dispute other accounts she listed because I was at the airport on time, I just couldn't get to the aircraft by the time Joel wanted me there because of no badging. I would need to get my schedule info together for whether they were morning or afternoon shifts...the morning problems I was living in Waimea and with traffic it would take me sometimes two hours to get to work and on shifts I worked nights and had to turn around and get on an am shift, I was running ragged trying to fit in rest & getting back to work. Yes, it was my decision to accept my Hawaii award, but can't they give me credit for all I did to make it here and work hard for go! Our pax always complimented our flights as they deplaned -- often yelling into the flightdeck "she's a keeper!", "she's the best!"....

o It was never made clear to me who to call for help at Corp...once Liza came to HNL, Maree no longer helped me...when Heather came onboard, no information was sent to us about her position there or who she is or how she could help us....I sent email to CD cc'd to Maree and Liza asking for clarification of who I should go to for what, but I never heard back from him.

o Why did pilots have to finish training me? We learned a lot in ground school, but nothing about the pilot/FA realities.

o Why wasn't someone flying with me early on to "ride-check" me in Hawaii?

o I was totally alone as a an FA in Kauai. When I was first awarded Hawaii in Kona, I excitedly emailed Maree because I had received email from her somehow, and I believe she had referred me to Ronnie for help -- and Ronnie got right on the ball and email people to help me out with housing, etc. I heard back from a couple of Kona FA's, but my first day in Kona, no one met me at the airport from corp. so I found my way on my own (I did have some FA phone numbers I think Ronnie helped get for me so I found about the hostel). Wait...I went to HNL first and Maree picked me up and took me to the corp. office and she did give me as many phone numbers as shed had for the Kona flight crews.

Once I got to Kona, there were no arrangements made for anyone to meet me (an experience that made me decide to welcome any new FAs as soon as possible, which I would later do in Kauai). I couldn't find any affordable hotel, so I spent the night on a bench at the airport, but security said I couldn't stay near the gates and that I had to go across the street. Another security guard spoke to me as I got settled across the street and he went and found the operations person on duty and she let me sleep in the ops office. I pulled two chairs together and curled up for a fitful sleep, but I was sure glad to be off the street.

The next day and for a week, I paid for a bed at the hostel which was about 15 minutes from the airport (I took a cab over there). Another FA lived there, too, on work-trade, so I got on work-trade, too, when that became available the following week. I had no transportation yet, and the pilots and FAs were more than willing to take me to the airport with them -- many times they came from being 5 min. from work to picking me up 10 minutes away from them and then going back to the airport!! They spoiled me...I thought all flight crews helped each other like that. Not so on Kauai.

o When I was displaced to Lihu'e (I left Kona on Feb. 18th I believe was the date), anyway, I had tried to reach Lihu'e FA's but never heard anything from them. I finally heard from one FA who called to ask to stay with me

YahooMail- by000624@yahoo.com
Case 1:10-cv-00062-ACK-LK Document 31-6 Filed 07/28/10 Page 3 of 4 PageID #: 226
Page 3 of 4

whereever I found housing on Lihu'e because he had just been kicked out of his living arrangement (he was rooming with 2 other FAs) but I had too much I had to deal with to get involved in all that so I had to decline. Having no crashpads really blew my mind because during training it sounded like there were crashpads everywhere.

Anyway, I already emailed you about the chores I had to complete at the hostel before I went to work...I will add though that for my AM shifts, I couldn't work as early as I would've liked to so as not to wake others so I did the best I could to get out to the airport on time. No one at Mesa asked me if I could afford to live in Hawaii right away out of ground school...I was told that aside from the small advances I was given, the company wouldn't help with housing, so was I wrong to want to try to live and work in Hawaii as best I could all on my own? I believe in miracles and that hard work and prayers are a part of seeing dreams come true so my husband and I moved to Hawaii (me first and then he came over and lived through all the housing drama with me).

o Finally, I live 4 minutes away from the airport in a $1,050.00/month house -- and my income has been cut off. Can "special circumstances" be asked for? It was a catch-22: I had to work-trade at the hostel and at the 1st apartment I had -- Linda kept mentioning I have another job, but I was doing work-trade to live. She said the other day when she called to tell me to get to that next meeting that "I know you have another job" and I told her I don't!

**o I didn't get to address this yesterday, but was there a way my request to be on reserve again to help me out during my struggles to find housing near work could have been granted?** I was searching for ways to keep my job and stay in Hawaii. Why didn't anywone meet with me? At the phone meeting yesterday when I tried to explain again my housing issues, Linda cut me off. At least someone could have met with me to hear me out...they're treating me like I'm a cut&dried case of "she can't get to the airport on time" when it's not like that. All my calls to crewtrac are recorded to let them know my status if I had car trouble (I could only afford a "beater" car they're called out here) or had major traffic issues on our one road to the airport...why was I only "beat down" by Linda for my mistakes, but never "built up" by her for all I was accomplishing?

o What about all the praise from our passengers? One email was forwarded to me from iflygo's customer service email, but I know many others emailed them and Liza said she would forward them to me, but she never did. My captains always thanked me for helping keep our pax calm and happy during our delays on the plane or maintenance issues resulting in having to return to the airport or comp'ing pax drinks after they were delayed for extremely long periods of time before they could board due to maintenance issues. I did a lot more good than bad, and as I tried to point out during the meeting yesterday, my errors were never as bad as the problems our pax have encountered due to cancellations and delays because of aircraft maintenance needs.

o What about those times HNL ops would ask me to pre-flight an AC and then board the pax while their flight crew was delayed? FA Billie January emailed a thank you to me for not only boarding her pax twice in one day, but getting the pax count, and taking beverage orders and collecting payment and having everything ready for her to just come on board and introduce herself! FA Kawai is another FA I boarded for (all 3 on the same day...I'll look up that date, but I think it was the last day I ever flew for go! which was 10-22-07), and she was so fatigued from her flights she looked so beat and sad when she got onboard the AC, I was so glad I could give her a hug and tell her everything was all set for her to go! She actually smiled after that. And she's one FA I would hear in the HNL crewroom who was greatly effected by the long shifts and other issues.

**o We used to have 10 straight trips a shift with no break!! Just wondering if you knew this and if this is something I could have brought into question?**

o Why wasn't I trained for these quick Hawaiian flight flows?

o Why didn't I received help to get my SIDA badging?

o Why isn't there a crewroom at Lihu'e airport?

o Are FA's allowed to use the Lav (when we're the only FA onboard)? I've heard of FAs doing that, but until my husband saw an FA lock herself in the Lav did I believe it. I never could do that because it just didn't seem right to leave the cabin alone like that...please set me straight on that one because I "held it" so many times for so long waiting for a chance to ask to use the Lav in-between boarding pax.

o As you pointed out yesterday at the meeting how good my track record has been since I'm living in Lihu'e now,

Yahoo! Mail - happyfeet4us@yahoo.com　　　　　　　　　　　　　　　　　　　　　　　Page 4 of 4

Case 1:10-cv-00062-ACK-LK   Document 31-6   Filed 07/28/10   Page 4 of 4   PageID #: 227

and I've often thought of that -- and in my stress to be so perfect until the probation (or however it's worded in Linda's disciplinary letters to me) is lifted next August 2008, I thought I had completed my 6th day on-duty but I hadn't on that fateful October 18th day!! I was devastated -- I wanted to work for free for a month just to keep my job!! I told Pattie I would blow up my schedule and tape it to my door which I should have done before. Jamie, the print is so small on my schedule and I never got to get to a copier to actually enlarge it and I know no excuse, but I read it and re-read it so many times and I just got my eyes-crossed and remembered my days off wrong.

o I was so uneducated about my FA union...I was a secretary for years in a union and corporate hated unions and I learned to stay away from them in order to have peace and/or some sense of job-security at work, so my mind had a strike against it when it came to learning about my AFA union. I'm sure my secretarial life would have been much better had I involved the union in my life. This next time around, if I get to fly again, I want to give back to the union the goodwill I have received from your efforts on my behalf. I feel like a most-important human being because you have taken an interest in me. Mesa drop-kicked me without caring about me. I feel so hurt and lost having to seek other means of supporting myself in a place I'm still getting to know **(How about that point Linda stressed yesterday on the phone stating that I'm not a new FA anymore...my 6 mos reserve doesn't count toward my learning a Hawaiian flow, so I've only had a line since July...when is an FA considered seasoned enough that she should be excellent on her job in Hawaii and without proper Hawaii flow-of-flight training? I haven't known of any other FA's sent here right out of ground school...that's why I'm hoping for some kind of "special circumstances" be considered where my situation is concerned.)**

When I met our new reservist (who has since resigned), I met him at the Lihu'e airport and gave him a big "aloha" welcome complete with a lei and showed him around, took him to lunch, got him set up at the hostel where I used to live and let him use our better "beater" car (by then we had acquired a 2nd used care which has since met its demise, but we now have a good Van!) -- and Matthew was blown away! He put it to Liza as "she is ridiculously helpful!" or something like that...I just know what's it's like to be alone in a new place and I wanted to meet our newest FA! (I had previously helped out a crewtrac'er by letting her CA friend Brad stay at our place and again, I picked him up from the airport with the whole "aloha" welcome! and he was able to use our car, or we gave him rides to look for a car and he stayed with us two weeks until he found a place to live, so I really helped a lot in a lot of ways and I would like Linda to acknowledge these things, too, which a meeting with me would have revealed to her.) I really like helping people, that's how I know I will become a part of the AFA Union family very actively informing FAs of our union "blessings"!!

I need to say, Jamie, that looking back I sure could've used the Union's assistance or encouragement, but all I remember digesting from training about FA life was that I was on probation for the first 6 months. So many people from the different departments came to speak to us in class including you, and I paid attention but mostly I was thinking about needing to get back to studying for the next set of tests we were having so I never "got it" that I was able to get assistance from the Union but that you couldn't help with disciplinary issues. By the time my probation was up I was facing disciplinary action against me and I believe the form from Linda stated something to the effect of being on some type of probation or being monitored or something for another year...you know, I sat in CD's office yesterday and he let me see copies of those disciplinary forms from Linda, and I noticed my signature, but no signature from my supervisor...I'm glad you're getting copies of everything because in the haze of what was happening to me, I didn't ask for copies.

Again, thank you so much for caring about my welfare as an FA. You have had a tremendously helpful effect on me at this devastating time in my life! Mahalo nui loa (means thank you VERY MUCH!)

from Patricia Nosie, 928-200-5621

~~~Patricia

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com