Yahoo! Mail - happyfeet4us@yahoo.com
Page 1 of 1
Case 1:10-cv-00062-ACK -LK   Document 31-7   Filed 07/28/10   Page 1 of 1   PageID #: 228

EXHIBIT E-4



Print - Close Window

**Date:** Thu, 15 Nov 2007 17:13:39 -0800 (PST)
**From:** "Patricia Nosie" <happyfeet4us@yahoo.com>
**Subject:** My Grievance
**To:** "afa jamie" <jamie.mcclay@mesaafa.org>

Aloha Jamie,

This is such a stressful and hurtful time for me and I'm getting nervous since I haven't heard back from you about the information you said you would write on my behalf and email to me to review. I am also notifying the Hawaii Offices of the NAACP, EEOC, and the Department of Labor/Civil Rights Commission of my grievance, and I've heard from a personal friend (not related to any of the offices I just mentioned) who said I should be able to request a grievance form that I can fill out, so please send the form I need to my mailing address: PO Box 1635, Kapaa, HI 96746, and please also email your write-up to me, if it is ready for review.

Also, on October 31, 2007, that awful day Mesa Airlines terminated me as a Go! Airlines Flight Attendant, a position I loved and received many compliments from our passengers who told me they would email Go! [only one email was forwarded to me from Go! Customer Care, but I was told by Liza that many emails came in about me and that she would forward them to me, but she never did, however, I've heard that other crewmembers know about these favorable emails about me...)...back to 10-31-07, I emailed to you, per your request, the following:

"Aloha Jamie McClay,
I authorize you to get all information about my employment as a Mesa/go! Flight Attendant, including my personnel file.
Much Mahalo for all your help on my behalf!
Sincerely,
Patricia Nosie, 928-200-5621"

Then, yesterday, November 14, 2007, when I called you to report to you that the Unemployment Rep who met with me for more information about my termination said that two letters were forwarded to her from Mesa Airlines from Go! First Officers, and these letters included severely damaging allegations against me. You and I discussed how these letters weren't brought up during our October 31, 2007 phone meeting, and that I was never given a chance to meet with anyone to talk about them. You then asked me for another email from me authorizing you to have access to my personnel file so I sent the following to you:

"Aloha Jamie,
and To Whom It May Concern,
This email is my authorization for my Union Representative, AFA Union President Jamie McClay, full authorization to receive access and/or copies of my entire personnel file and any information on file at Mesa Airlines that has to do with me.
Sincerely,
Patricia Elizabeth Nosie (formally Badge # 34959)
Cell: 928-200-5621"

I know you are busy with other grievances and your own Flight Attendant schedule and personal life, but I hope you can understand my unease as the days pass and I don't hear anything. Please let me know by email or a phone call, the status of my grievance: Have you received my personnel file? Do I need to write a formal grievance on a specific form?

Again, Mahalo for your help.
Sincerely, Patricia (Last name & phone number established above.)


~~~Patricia

---

Never miss a thing. Make Yahoo your homepage.