Case 1:10-cv-00062-ACK-LK   Document 31-8   Filed 07/28/10   Page 1 of 1   PageID #: 229

Re: My Grievance - Yahoo! Mail                                                                    Page 1 of 2

EXHIBIT E-5



**Re: My Grievance**  
From: "Jamie Lynn McClay" <jamie.mcclay@mesaafa.org>  
To: "Patricia Nosie" <happyfeet4us@yahoo.com>

Thursday, November 15, 2007 3:19 PM

Sorry hon but I was under the impression they would be calling me, but I have not heard anything.

I don't remember saying I'd mail you except for your file info but it was not in my box last night so I do not have it as of yet.

Please try and stay calm. I go back in on saturday and it should be there then.

Jamie Lynn McClay  
LEC President Council 56  
602-421-8559  
Sent via BlackBerry from Cingular Wireless

-----Original Message-----  
From: Patricia Nosie <happyfeet4us@yahoo.com>

Date: Thu, 15 Nov 2007 17:13:39  
To:afa jamie <jamie.mcclay@mesaafa.org>  
Subject: My Grievance


Aloha Jamie,

This is such a stressful and hurtful time for me and I'm getting nervous since I haven't heard back from you about the information you said you would write on my behalf and email to me to review. I am also notifying the Hawaii Offices of the NAACP, EEOC, and the Department of Labor/Civil Rights Commission of my grievance, and I've heard from a personal friend (not related to any of the offices I just mentioned) who said I should be able to request a grievance form that I can fill out, so please send the form I need to my mailing address: PO Box 1635, Kapaa, HI 96746, and please also email your write-up to me, if it is ready for review.

Also, on October 31, 2007, that awful day Mesa Airlines terminated me as a Go! Airlines Flight Attendant, a position I loved and received many compliments from our passengers who told me they would email Go! [only one email was forwarded to me from Go! Customer Care, but I was told by Liza that many emails came in about me and that she would forward them to me, but she never did, however, I've heard that other crewmembers know about these favorable emails about me...)...back to 10-31-07, I emailed to you, per your request, the following:


"Aloha Jamie McClay,  
I authorize you to get all information about my employment as a Mesa/go! Flight Attendant, including my personnel file.  
Much Mahalo for all your help on my behalf!  
Sincerely,  
Patricia Nosie, 928-200-5621"

Then, yesterday, November 14, 2007, when I called you to report to you that the Unemployment Rep who met with me for more information about my termination said that two letters were forwarded to her from Mesa Airlines from Go! First Officers, and these letters included severely damaging allegations against me. You and