Re: Update Needed, Please...Mahalo - Yahoo! Mail   Page 1 of 1

Case 1:10-cv-00062-ACK-LK   Document 31-9   Filed 07/28/10   Page 1 of 1   PageID #: 230

EXHIBIT E-6



**Re: Update Needed, Please. . .Mahalo**                               Friday, November 23, 2007 11:48 AM

From: "Jamie Lynn McClay" <jamie.mcclay@mesaafa.org>
To: "Patricia Nosie" <happyfeet4us@yahoo.com>

I have filed the grievance but your unemployment people have never contacted me.

So I'm just waiting to hear from them.

Jamie Lynn McClay
LEC President Council 56
602-421-8559
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: Patricia Nosie <happyfeet4us@yahoo.com>

Date: Fri, 23 Nov 2007 13:36:47
To:afa jamie <jamie.mcclay@mesaafa.org>
Subject: Update Needed, Please. . .Mahalo

Aloha Jamie,

I have been to the ER twice since the Unemployment office denied benefits for me, and I apology if I have offended you in any way as I have desperately been trying to get help during this awful time.

I need to know the status of my grievance: did you file a statement for me as you said you would do on October 31, 2007 (the day Mesa terminated me) or you said it might be the next day because you are very busy. . . .and if that hasn't happened, well, what I'm reading in the FA contract is that I had to have filed a written grievance within 14 days of my discharge... I am requesting that the email I sent to you on November 1, 2007 be "retrofitted" as my written grievance statement for a hearing (I will forward it to you again for easy access).

Mahalo for getting back to me on this!
from Patricia Nosie, Cell: 928-200-5621

~~~Patricia

----------------
Never miss a thing. Make Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>