

**Re: Update Needed, Please. . .Mahalo**                           Friday, November 23, 2007 3:12 PM

From: "Jamie Lynn McClay" <jamie.mcclay@mesaafa.org>
To: "Patricia Nosie" <happyfeet4us@yahoo.com>
Patricia Noise ~ unjust termination.doc (315KB)


Here is the Grievance I filed.

As for length of time, it may be a while. Could take upwards of 2 years sometimes but we have been averaging between 7 and 9 months for arbitrations, so we'll see.

I understand your frustrations but now it is in the hands of our MEC, the company and the panel of neutrals to try and get your job back. It can be a slow process.

Jamie McClay
602.421.8559
LEC President Council 56
www.mesaafa.com
www.myspace.com/afa_council_56_fas

---------- Original Message ----------------------------------
From: Patricia Nosie <happyfeet4us@yahoo.com>
Date: Fri, 23 Nov 2007 14:17:22 -0800 (PST)

>Wonderful news. . .when will I get to see the grievance statement you sent in for me? When will I be contacted about a hearing date? Just need clarification on these concerns. . . I'm trying very hard to keep focused that I'm not your only grievance case, and also that you have a family and a busy FA schedule. . .so please try to understand that my lact of income right now is causing me immense stress and I would love an advocate to help me with all the forms and appeals and all that I have to take care of in order to find an open door of financial assistance during this time. Mahalo from Patricia, and my cell is 928-200-5621.
>
>Jamie Lynn McClay <jamie.mcclay@mesaafa.org> wrote:  I have filed the grievance but your unemployment people have never contacted me.
>
>So I'm just waiting to hear from them.
>
>Jamie Lynn McClay
>LEC President Council 56
>602-421-8559
>Sent via BlackBerry from Cingular Wireless
>
>-----Original Message-----
>From: Patricia Nosie
>
>Date: Fri, 23 Nov 2007 13:36:47
>To:afa jamie
>Subject: Update Needed, Please. . .Mahalo
>
>
>Aloha Jamie,
>

>I have been to the ER twice since the Unemployment office denied benefits for me, and I apology if I have offended you in any way as I have desperately been trying to get help during this awful time.
>
>I need to know the status of my grievance:  did you file a statement for me as you said you would do on October 31, 2007 (the day Mesa terminated me) or you said it might be the next day because you are very busy. . . .and if that hasn't happened, well, what I'm reading in the FA contract is that I had to have filed a written grievance within 14 days of my discharge...  I am requesting that the email I sent to you on November 1, 2007 be "retrofitted" as my written grievance statement for a hearing (I will forward it to you again for easy access).
>
>Mahalo for getting back to me on this!
>from Patricia Nosie, Cell: 928-200-5621
>
>~~~Patricia
>
>----------------
>Never miss a thing. Make Yahoo your homepage.
>
>
>~~~Patricia
>
>---------------------------------
>Never miss a thing.  Make Yahoo your homepage.
>