# YAHOO! MAIL Classic

**Grievance Case Status**  Thursday, November 29, 2007 12:14 PM

From: "Jamie Lynn McClay" <jamie.mcclay@mesaafa.org>
To: "Patricia Nosie" <happyfeet4us@yahoo.com>

Patricia,

I received a phone call today from Andrew Kothlow, MEC Grievance Chairman.

They discussed your grievance today and regret to inform you that the grievance has been withdrawn due to the fact that you stated on company email that you requested those papers to be brought to the AC for the signing.

Andrew will be able to better discuss this with you now as he was the one in the meeting. If you have any questions, which I'm sure you will, please contact him at 704-400-2681 or email him at akothlow@earthlink.net

I'm sorry Patricia.

Jamie McClay
602.421.8559
LEC President Council 56
www.mesaafa.com
www.myspace.com/afa_council_56_fas