EXHIBIT E-9



**Re: Grievance Case Status**　　　　　　　　　　　　　　　　Saturday, December 1, 2007 12:26 AM
From: "Patricia Nosie" <happyfeet4us@yahoo.com>
To: akothlow@earthlink.net
Cc: jamie.mcclay@mesaafa.org

Aloha Andrew Kothlow, MEC Grievance Chairman,

Please, per Jamie Mcclay, AFA President's, request, explain to me what has caused my grievance to be withdrawn. Please forward a copy to me of this company email request I am accused of sending, because Linda asked me to get C.D. to **meet with me to sign the papers, although I do not recall initiating the AC as a meeting place. . .that came to me from C.D.'s office -- and also no meeting ever took place, a fact that Jamie kept reiterating at the October 31, 2007 telephone meeting between me, Linda, Pattie, and Jamie, with C.D. in his office as he stated "a witness"**. . .how can meeting at the AC constitute a "meeting" when C.D. never met with me and never made me aware that he was not able to meet with me, something he only told me at the aforementioned telephone meeting. Mahalo for your forwarding this information to me; or Jamie, if you have access to this email, please forward it to me. . .Jamie, is this email in my personnel file? Didn't you get access to my personnel file either of the two times you requested my authorization to check my file (which I emailed to you on October 31, 2007 and on November 14th or 15th (the November date I will have to verify)? **Also to Andrew and Jamie, shouldn't I have a chance to answer such an accusation against me before my grievance is withdrawn? And finally, don't I have an appeal process to such a decision made against me by the Grievance Chairman** (Andrew, are you a separate committee from the union?) I look forward to your quick responses to these **urgent queries**.
Sincerely from, Patricia Elizabeth Nosie (formerly Badge #34959), Cell: 928-200-5621.

*Jamie Lynn McClay <jamie.mcclay@mesaafa.org>* wrote:

> Patricia,
>
> I received a phone call today from Andrew Kothlow, MEC Grievance Chairman.
>
> They discussed your grievance today and regret to inform you that the grievance has been withdrawn due to the fact that you stated on company email that you requested those papers to be brought to the AC for the signing.
>
> Andrew will be able to better discuss this with you now as he was the one in the meeting. If you have any questions, which I'm sure you will, please contact him at 704-400-2681 or email him at akothlow@earthlink.net
>
> I'm sorry Patricia.
>
> Jamie McClay
> 602.421.8559
> LEC President Council 56
> www.mesaafa.com
> www.myspace.com/afa_council_56_fas