Case 1:10-cv-00062-ACK-LK Document 31-14 Filed 07/28/10 Page 1 of 1 PageID #: 236

Re: Fwd: My Grievance Concerns & Authorization - Yahoo! Mail　　　Page 1 of 2

EXHIBIT E-10



**Re: Fwd: My Grievance Concerns & Authorization**　　　Tuesday, December 11, 2007 6:23 AM

From: "Andrew Kothlow" <akothlow@earthlink.net>
To: "Patricia Nosie" <happyfeet4us@yahoo.com>

My address is:

5901 Old Hickory Blvd
#1201
Hermitage Tn 37076

Andrew Kothlow
MEC Grievance Chair
MSA/FREE/GO
704-400-2681
akothlow@earthlink.net
Sent via BlackBerry

-----Original Message-----
From: Patricia Nosie <happyfeet4us@yahoo.com>

Date: Tue, 11 Dec 2007 08:09:32
To:akothlow@earthlink.net
Subject: Fwd: My Grievance Concerns & Authorization


Aloha Andrew...just want to keep you posted: The information I need to email you is my quest for my job back and is very in-depth along with some information I need to mail to you, so please provide an address so I may do that...also I have another meeting this morning and will continue compiling my information to email & mail to you after its conclusion. Again, much mahalo for your assistance.

I, Patricia Elizabeth Nosie, formerly FA Nosie with Mesa Badge #34959, will make this email authorization for you, Andrew Kothlow, MEC Chairman (as I did for Jamie McClay) to have full access to my personnel file, if necessary for you to fully review my grievance.

Sincerely from, Patricia Nosie, Cell # 928-200-5621

Patricia Nosie <happyfeet4us@yahoo.com> wrote: Date: Mon, 10 Dec 2007 12:07:02 -0800 (PST)
From: Patricia Nosie <happyfeet4us@yahoo.com>
Subject: My Grievance Concerns
To: akothlow@earthlink.net


Aloha again Andrew,

Thank you for requesting my notes concening my grievance for you to review. This kind of interest in my case is part of the help I am seeking at this horrendous time in my life. When you called I was speaking with the Salvation Army to get assistance for food and gas during my FA income-loss. I also have to deal with my unemployment appeal...they turned me down heavily based, I believe, on two letters sent to them from Mesa that were written by two First Officers heavily complaining about me -- which letters were both written on October 23, 2007, several days before I was terminated on October 31, 2007 -- but they were not brought to