Case 1:10-cv-00062-ACK-LK  Document 31-15  Filed 07/28/10  Page 1 of 3  PageID #: 237

Re: Fwd: Re: Fwd: FA Patricia Nosie's Grievance Statement - Yahoo! Mail    Page 1 of 3

EXHIBIT E-11



**Re: Fwd: Re: Fwd: FA Patricia Nosie's Grievance Statement**   Thursday, February 28, 2008 7:40 PM

From: "Andrew Kothlow" <akothlow@earthlink.net>
To: "Patricia Nosie" <happyfeet4us@yahoo.com>

Patricia

Let me start by saying how extremely sorry to hear of the passing of your grandmother I am..... I know this is an extremely difficult time this is in your life!

I wish I had good news for you but unfortunately the grievance process is extremely long...... Your grievance is now in the system board phase and our attorney has all of your info and is trying to prepare a case for the next time we meet with the company...... We are in the process now of setting a date for system board it should be held late march or early april...... The system board portion is held only with myself the afa attorney and the afa system board member and the company....... If it can not be resolved at that level it will then go to arbitration but we hope it doesn't get to that!

I hope this helps to make you feel a little more informed on the process....... If anything happens along the way I PROMISE I will keep you informed!

If you have any other questions or concerns please feel free to email me at time!

Again I am so sorry to hear of the passing of your grandmother and know that my thoughts and prayers are with you and your family in this difficult time in your life!

Andrew

Andrew Kothlow
MEC Grievance Chair
MSA/FREE/GO
704-400-2681
akothlow@earthlink.net
Sent via BlackBerry

-----Original Message-----
From: Patricia Nosie <happyfeet4us@yahoo.com>

Date: Wed, 27 Feb 2008 07:24:21
To:akothlow@earthlink.net
Subject: Fwd: Re: Fwd: FA Patricia Nosie's Grievance Statement

Aloha Andrew,

My dear Grandmom Marie died several hours ago and I can't sleep...she lived in New Jersey and had I still had my rightful position as a Flight Attendant, I would have been able to take bereavement leave to attend her funeral -- but I also would have been able to see her one more time because I would have had my year with Mesa Airlines/go! Airlines January 2008 and would have had the time and means to do that...I always spoke to her of getting out there again to see her....

My grief is so much harder to bear knowing that with the two newer jobs I need to keep, I cannot get to her funeral.  All I'm asking Andrew, is for you to please take notice of my grievance, for I am all too aware that I'm

not the only person around seeking help from you... would you please check on the status of my grievance with the attorneys? It has been almost 4 months since that awful day I was stripped of my wings...I meet other Flight Attendants who stay at the Marriot (one of the places one of the companies I work for has an office) and my heart is so happy to find out about their adventures and I reminisce with them about how great it is to help people have great air travel experiences -- I told one FA she seemed like the type who sets lots of people at ease, and she told me a woman just told her the other day that she knew she would have a great flight just by her FA's smile & greeting!!

My Dad, who is elderlly and suffered greatly when he heard I had lost my flight benefits -- but thank God he had made it to see my Grandmom last summer before I was wrongfully terminated...this emergency trip he had to make (and he just made it to her bedside hours before she left this earth life!) has set him back greatly financially. My grief is shared by my loved ones, and not just for losing the flight benefits, but they all knew of my great love I felt as a Flight Attendant, and they hurt that the best job I'd ever had was taken from me. My point about bringing up my Dad is that he encourages me soooo much to not nag you about my case. So I wait...and it's been 21 days since your last email to me and I would have waited longer, but I guess I just need some solace from somewhere in light of my incredible sadness that I won't be going to pay my last respects to one of the most wonderful women I have ever known -- my own Grandmom Marie!!

Please get back to me and much mahalo for making the time to check on my case. Sincerely, Patricia Nosie, cell:928-200-5621.

My Grievance statement follows via email:

On October 31, 2007 I feel I was wrongfully terminated as a Flight Attendant for go! Airlines in light of the following facts:

* When I was asked to set up a meeting for CD to give me disciplinary papers to sign, I was told by CD that he would meet me on the aircraft in between flights. I immediately felt odd wondering how we could meet there when I have no time as it is to prep the cabin for the next group of pax to board! CD never told me he wouldn't meet with me and he never told me he couldn't meet with me, a fact I heard from him on the day I was wrongfully terminated, because, as he put it, he's not my supervisor and can't handle and disciplinary discussions with me. He had the chance on the aircraft to inform me of that when I asked him as he took the paper back that I had signed "aren't you going to say anything like don't do it again?!!" So he said "Don't do it again" and walked off the aircraft. I was left with all those shocked emotions and having to rush through the cabin, which ground crew was always impatient with because passengers were always being sent to line up at the aircraft before I gave the indication the cabin was ready for them.

-* I feel II was retaliated agains't by CA Joel G., FO Jessy, and Linda Brown because of the desperate phone call I made to crewtrac one day in July 2007 (the month disciplinary papers started being sent to me) due to my coming off reserve and probation at the same time, and my frustrations of rude treatment from the flight deck for being a new flight attendant right out ground school when I was awarded Hawaii -- only having had mainland training! -- and yet being expected to perform as a seasoned FA for 6 to sometimes 10 island-hops a shift, with no break most of those shifts!! When I was on reserve for six months, I rarely got to fly so each shift was like a start-over for me. Anyway, all that can be recalled when I have my formal hearing. What occurred was all my frustrations came to be too much for me on a day CA Joel got very angry with me telling me I had caused various take-off delays, when I knew we had left a little before schedule! So I called crewtrac crying and asking her to verify that take-off time, and she informed me that all our take-offs had been on schedule or early! Looking back I see the harrassment I received from CA Joel and other pilots who would take off sometimes without calling to see if I was ready -- and two times I was still standing in the cabin!! I feel CA Joel retaliated against me for that call because she put me through to Linda Brown and I told her, tearfully, what was going on. CA Joel stopped taking my calls which would have alerted him I'm in the airport getting ice for the AC and trying to get someone's attention to let me downstairs to the AC from the gate (*another issue is that I never received the assistance I needed to get airport badging and lost valuable time trying to find a

Case 1:10-cv-00062-ACK-LK Document 31-15 Filed 07/28/10 Page 3 of 3 PageID #: 239

Re: Fwd: Re: Fwd: FA Patricia Nosie's Grievance Statement - Yahoo! Mail    Page 3 of 3

United gate agent, who also worked at the go! ticket counter, or a ground agent to let me outside to the AC). Instead, he called crewtrac to say I was a no-show when Hawaii doesn't have a 45 minute prior to take-off showtime because there are no gate agents at the gates for us to check in with (except in Honolulu and I was first based on Kona & then on Kauai, and on both islands I've waited for pilots and FA's and no one got "turned in" to crewtrac! I feel Linda Brown retaliated against for crying and asking for more Hawaii specific training to get up to the bullet-speed turn-arounds the pilots and ground crew wanted! She didn't seem compassionate to my plight, and while I was okayed to shadow an FA for a couple of flights, I never received a ride-check to get [sent to] FA Nosie-specific pointers as a new FA on how to improve my flow. [information from my Personnel file Kauai UE, which included]

* I also was refused Unemployment benefits mostly based on two letters from FO's sent to Mesa with a lot of character damaging allegations that were written on October 23rd, but never brought to my attention for any information from me!!. [According]

I also received the following email from a Retired American Airlines Captain and his wife, Elaine, who loved their go! flight and my First Class service to them (as I gave to all my pax!)...I'll sign off now, and I look forward to hearing back from you about my hearing date, sincerely, FA Patricia Elizabeth Nosie:


/CC:"Patricia Nosie"
From: "Ben Williams"   View Contact Details   Add Mobile Alert
Subject: Professional Endorsement for Flight Attendant Patricia Nosie
Date: Thu, 15 Nov 2007 10:18:49 -0800
To: jamie.mcclay@mesaafa.org
Dear Mr McClay, It is with the utmost pleasure to provide you with my' and my wife's(Elaine), perceptions of Flight Attendant Nosie. Our initial and final impression of Ms Nosie was one of a total and dedicated, experienced, professional Flight Attendant. These observations come from two points of view. One, I am a 16 year pilot veteran of American Airlines who retired in 2004 as a Captain on the MD80. Being a 22 year veteran as a USMC Naval Aviator and retired LtCol, I expected and got the utmost professionalism from my Aircrew personnel in both the Service and with American Airlines. I saw no deviation of professionalism at any time on the part of Flight Attendant Nosie. And two, my wife Elaine has a sister that has flown with American Airlines as a Flight Attendant for over 35 years and is the apex of dedicated professionalism. Elaine consciously evaluates every Flight Attendant based on her Sister's consistent performance and Elaine found no weakness in Flight Attendant Nosie, but rather the dedicated professional that she was on our flight. At no time did Elaine or I feel uneasy in your Flight Attendant's care. Please use our endorsement to reinstate Flight Attendant Nosie to her immediate remployment and flight status. If we can be of any further assistance in this matter, please do not hesitate to contact us. Sincerely yours, Ben and Elaine Williams

~~~Patricia

----------------
Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ >