EXHIBIT E-12

Patricia

I do understand your frustrations and I am sorry its taken me so long to get back to you but I do fly a line along with all the other work that I do!

Our attorneys father died and we had to cancel system board we are in the process now of rescheduling we are trying for the week of may 5th.

As soon as I have some answers for you I will let you know!

Andrew

Andrew Kothlow
MEC Grievance Chair
MSA/FREE/GO
704-400-2681
akothlow@earthlink.net
Sent via BlackBerry

-----Original Message-----
From: Patricia Nosie <happyfeet4us@yahoo.com>

Date: Thu, 17 Apr 2008 11:40:55
To:AFA Board Chairman <akothlow@earthlink.net>
Subject: Fwd: FA Patricia Nosie's Grievance Status


Aloha Mr. Kothlow,

This email is to ask you: "If you were in my shoes, wouldn't you want to know where you stand after being told that you would be informed by mid-April of the outcome of the meeting held between AFA Attorneys and Mesa Airlines to determine the answer for your now-going-on-six-month-old grievance as to whether it has been resolved or an Arbitration will be necessary...and upon hearing no word after sending reminder email and voicemail (since you know you're not the only person with a case in process), wouldn't that cause you to wonder what's going on?" Please put yourself in my shoes and let me know the outcome of that meeting or please advise me of someone else I might inquire about this matter. I'm feeling so left out of meetings that are taking place --supposedly interceding in the interest of my grievance -- with Attorneys who have never called to speak with me...please help me to understand what is going on. Most sincerely asked by Patricia Elizabeth Nosie, former Flight Attendant for go! Airlines based on (and since it took 9 months for my husband, Carlos and myself to find a place to live -- leaving only one month of no stress wondering when we'd find a home working for go! before I was wrongfully terminated by Mesa Airlines!! -- and we don't want to leave yet and are still living on) the Island of Kauai...and yet I was only trained for mainland flying and given no specialty training for the incredibly fast-paced, lightning-speed rate of inter-island hopping flying when I was awarded Hawai'i right out of ground school -- after my Instructor informed the entire class that "no one gets Hawaii right out of ground school" -- so Carlos and I agreed I would choose all five Hawaiian hubs (there were still five in late December 2006 when I was asked to list my top twelve base choices) and figuring I'd most likely get Phoenix, we'd have some time to prepare for such a major relocation. Of course we were ecstatic to be awarded Hawai'i -- to Kona first, from which I was promptly moved from to Kaua'i after a little less than a month on Kona!! -- I always wondered why my Instructors had no information for me about who my Supervisor was!! I was a brand new Flight Attendant already dealing with aircraft hydraulics problems in mid-air -- which the pilots weren't going to tell me about because they didn't want to freak out a 4-day-old FA, but I called them because I felt us making a turn and when the FO told me her concerns I acknowledged to her that I took my ground school training very seriously and when asked to decide right then and there in class after viewing a crash and what the crew and passengers went -- I knew I wanted to be one of the ones to help as much as possible...and I sat back in my

Case 1:10-cv-00062-ACK-LK Document 31-16 Filed 07/28/10 Page 2 of 2 PageID #: 241

Re: aswd: FA Patricia Nosie's Grievance Status - Yahoo! Mail Page 2 of 2

jumpseat smiling reassuringly at everyone as the FO made the announcement about the hydraulics problems and that we needed to return to the airport. People hugged me as they left the AC stating watching my smile and nods of reassurance kept them from freaking out!! (And there were numerous maintenance issues I faced.) I also faced a dislocation within my first month!! All those efforts on Kona to find a place to live now had to be re-directed to Kaua'i...my Instructors only had information about all the crash pads at the mainland airlines, and I was given no information about it was like to try to live on the Islands...that's why when I was asked by one of the crewtrac'ers who had heard from me so often during my 4am check-in calls when I was on Reserve...when she asked me to help out a pilot friend of hers who couldn't get any help from the other pilots on Kaua'i, Carlos and I immediately opened our temporary living area to him! We drove him around and helped him find a car!! Same for the newest FA to Kaua'i after me -- we had a "beater" car and a slightly better car by then and we let him use the better one and he was totally blown away!! I picked up both of them from the airport when they first came to Kaui'i and presented them with Lei's going along with Hawaiian custom that giving a Lei brings blessings to those receiving them. I never received a Lei when I first came to Hawaii...only an apology from the person who picked me up that they were too busy to get one for me. I was drop-kicked from Phoenix to Hawai'i, never receiving any welcome information packets or emails from whoever was my Supervisor at that time (and definitely no encouragement from Linda Brown after she learned I'd been crying about poor treatment from some pilots and my request to have Hawai'i-specific FA training!!), and many more of my experiences are documented within my emails to the previous AFA Rep I was working with before she told me my case had been dropped and then she referred me to you...she always warned me that these cases take from seven months to two years...and it seems I was punished for requesting to know where I fit in in that lineup!! Maybe you could view me as someone you really care a lot about and don't want to see suffer from lack of information and understanding about this situation...my cell# is: 928-200-5621. Mahalo for getting back to me!!

Patricia Nosie <happyfeet4us@yahoo.com> wrote: Date: Sat, 12 Apr 2008 23:03:55 -0700 (PDT)
From: Patricia Nosie <happyfeet4us@yahoo.com>
Subject: FA Patricia Nosie's Grievance Status
To: AFA Board Chairman <akothlow@earthlink.net>


Aloha Mr. Kothlow,

It is nearing mid-April when you said you would get back to me about my flight attendant grievance status, and also I emailed you that I would contact you, too, since I'm aware you are very busy. My phone# is 928-200-5621, with the hopes a call will reach me sooner. Mahalo! From Patricia Nosie (my wrongful termination experience follows...the repercussions from that awful day in October last year are still effecting my life!)...