**EXHIBIT F**

### Brown, Linda

| | |
|---|---|
| From: | Lauritsen, Charles |
| Sent: | Monday, August 13, 2007 9:26 PM |
| To: | Chambers, Kenley; Brown, Linda; Banda, Liza-Marie |
| Subject: | Fw: corrective action |
| Importance: | High |
| Attachments: | corrective action-Nosie, P 34959 active term.doc |

----- Original Message -----
From: Nosie, Patricia
To: Lauritsen, Charles
Sent: Mon Aug 13 21:22:21 2007
Subject: FW: corrective action

[attachment icon] corrective action-Nosie, P 349..

Aloha C.D.,

Please let me know if you can come out to my flight again for me to sign the form, or whether this Thursday (my next day off and probably the best day to get a flight to Honolulu...I have Friday off, too, but I'm usually not able to get out on weekends)...my cell is 928-200-5621.

I am ready to sign my last corrective action notice (attachment) that Linda Brown so mercifully gave me...I am blown away by everyone's respect for Mesa Airlines and not allowing me to mess up the integrity of flow-of-flight. My CA Joel, and Linda, and Liza (regarding my commissary) have all shown me the kind of strength it takes to be leaders in the face of someone begging to keep a job that I might have to lose if I can't solve the dilemmas I'm facing right now trying to stay in Hawaii. C.D., I have good relationships with Joel, Linda, and Liza because I realize how much they're helping me, and I see that go! Airlines must come first because a bad reputation leads to loss of revenue (and loss of jobs eventually). I want to be a apart of the GOOD that comes from having go! in Hawaii -- and if I can't be that, I fully understand why there are no more chances left for me. Mahalo to you, too, for all your help when I first joined your group here!

~from~~Patricia

From: Brown, Linda
Sent: Mon 8/13/2007 1:06 PM
To: Nosie, Patricia
Subject: corrective action

Patricia

Attached you will find the corrective action notice we discussed last night. If you recall, I also e mailed you notice that this corrective action would be arriving this week. Please read carefully and contact CD to set up a time to meet and sign.

1

**Exhibit E**

Thank You

Linda Brown