

EXHIBIT G-1
A Minor's Drawing
(she wrote my name on back)

To: Mrs. Patricia

From: Thauris m