*EXHIBIT G-2*
*PAX Compliment*

**City:**
**State/Province:** HI
**Postal Code:**
**Country:** United States of America
**E-mail:** ronnie@ilhawaii.net
**Record Locator:**
**Transaction #:**
**Departing:** Honolulu (HNL)
**Arriving:** Kona (KOA)
**Flight Date:** 8/12/2007
**Flight Number:** 1023
**Subject:** Patricia Flight 1023
**Comments:** We flew on 8/12/07 flight 1023 from Honolulu to Kona (return trip). Patricia was our flight attendent and she was above and beyond in Customer Service and Friendliness to all of us on Board. Please pass this along to the powers that be so they can use her as an example to others.