EXHIBIT G-3
Retired Pilot + His Wife's Compliment

**YAHOO! MAIL** Classic

**Professional Endorsement for Flight Attendant Patricia Nosie**      Thursday, November 15, 2007 8:18 AM

From: "Ben Williams" <apurplefox@cox.net>
To: jamie.mcclay@mesaafa.org
Cc: "Patricia Nosie" <happyfeet4us@yahoo.com>

Dear Mr McClay,

It is with the utmost pleasure to provide you with my' and my wife's(Elaine), perceptions of Flight Attendant Nosie. Our initial and final impression of Ms Nosie was one of a total and dedicated, experienced, professional Flight Attendant. These observations come from two points of view. One, I am a 16 year pilot veteran of American Airlines who retired in 2004 as a Captain on the MD80. Being a 22 year veteran as a USMC Naval Aviator and retired LtCol, I expected and got the utmost professionalism from my Aircrew personnel in both the Service and with American Airlines. I saw no deviation of professionalism at any time on the part of Flight Attendant Nosie. And two, my wife Elaine has a sister that has flown with American Airlines as a Flight Attendant for over 35 years and is the apex of dedicated professionalism. Elaine consciously evaluates every Flight Attendant based on her Sister's consistent performance and Elaine found no weakness in Flight Attendant Nosie, but rather the dedicated professional that she was on our flight. At no time did Elaine or I feel uneasy in your Flight Attendant's care.

Please use our endorsement to reinstate Flight Attendant Nosie to her immediate remployment and flight status. If we can be of any further assistance in this matter, please do not hesitate to contact us.

Sincerely yours,   Ben and Elaine Williams