EXHIBIT G-4
from a PAX

to Patricia  from Aug 28, 2007

I fly "G" often and wanted you to know, "you're the best, and so is this airlines!

:) Leonor Peralta
(808) 781-2985

(handed to me by a Pax as she deplaned :))