AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA ELIZABETH NOSIE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV NO. 10-00062 ACK-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, | November 18, 2010<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Association of Flight Attendants - CWA, AFL-CIO   and against Plaintiff Patricia Elizabeth Nosie   pursuant to the "Order Granting Defendant's Motion to Dismiss" filed on November 18, 2010.

| November 18, 2010 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |